1
2
3
4
5
6
**UNITED STATES DISTRICT COURT**
7
**DISTRICT OF NEVADA**
8
9  FREDERICK OMOYUMA SILVER,           )          3:19-cv-00143-MMD-WGC
                                       )
10            Plaintiff,               )          **ORDER**
                                       )
11        vs.                          )
                                       )
12 CREDIT BUREAU OF ELKO COUNTY,       )
   *et al.*,                           )
13                                     )
              Defendants.              )
14 _____ )

15        Before the court is Plaintiff's Request to Participate in Electronic Case Filing (ECF No. 7).

16        Plaintiff requests permission to file, receive, and serve documents electronically in this case. The

17 court will grant Plaintiff's request under LR IC 2-1(b), which states that a "pro se litigant may request

18 the court's authorization to register as a filer in a specific case." For the purpose of this rule, a "filer"

19 is defined as "a person who is issued a login and password to file documents in the court's electronic

20 filing system." LR IC 1-1(b).

21        **IT IS THEREFORE ORDERED** that Plaintiff's Request to Participate in Electronic Case

22 Filing (ECF No. 7) is **GRANTED**. However, Plaintiff must first comply with the following procedures

23 to activate his CM/ECF account:

24        1.      By Monday, August 26, 2019, Plaintiff must file a written certification that he has

25 completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and

26 the Civil & Criminal Events Menu that are available on the court's website, www.nvd.uscourts.gov.

27 Plaintiff is advised that he is not authorized to file electronically until this certification is filed with the

28 court within the time frame specified. LR IC 2-1.

1       2.      After timely filing the certification, Plaintiff must contact the CM/ECF Help Desk at

2   (702) 464-5555 to set up a CM/ECF account.

3       3.      Plaintiff is directed to familiarize himself with Part IC - Electronic Case Filing of the

4   Local Rules of Practice of the United States District Court.

5       DATED:  July 25, 2019.

6

7                                       _____
                                        WILLIAM G. COBB
8                                       UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28