UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FREDERICK OMOYUMA SILVER,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>CREDIT BUREAU OF ELKO COUNTY, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 3:19-cv-00143-MMD-WGC<br><br>ORDER |

This action was filed on July 12, 2019. The Court issued a notice of intent to dismiss pursuant to Fed. R. Civ. P. 4(m) unless proof of service was filed by May 1, 2020. (ECF No. 22.) To date, no proof of service has been filed.

Accordingly, it is ordered, adjudged and decreed that this action is dismissed without prejudice.

The Clerk of the Court is directed to close this case.

DATED THIS 7th day of May 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE